UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  9:25-cv-80922-AHS

**NELSON FERNANDEZ**,

    Plaintiff,

vs.

**CAMPERO USA CORP.,
d/b/a POLLO CAMPERO, a
Florida for-profit corporation,**

    Defendant.
_____/

## STIPULATION OF DISMISSAL *WITH PREJUDICE*

    Plaintiff, NELSON FERNANDEZ and Defendant, CAMPERO USA CORP. d/b/a POLLO CAMPERO, by and through their respective undersigned attorneys and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree to the dismissal of this action in its entirety *with prejudice,* with each party to bear its/his own attorney's fees, costs, and expenses except as otherwise agreed to in writing.

    Dated:  December 12, 2025.

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.**<br>Counsel for Plaintiff<br>4800 N. Hiatus Road<br>Sunrise, FL 33351<br>T. 954/362-3800<br>954/362-3779 (Facsimile)<br>Email: rhannah@rhannahlaw.com<br><br>By:  *s/ Roderick V. Hannah*<br>     RODERICK V. HANNAH<br>     Fla. Bar No. 435384 | **LAW OFFICE OF PELAYO DURAN, P.A.**<br>Co-Counsel for Plaintiff<br>6355 N.W. 36th Street, Suite 307<br>Virginia Gardens, FL 33166<br>T. 305/266-9780<br>305/269-8311 (Facsimile)<br>Email: duranandassociates@gmail.com<br><br>By:  *s/ Pelayo M. Duran*<br>     PELAYO M. DURAN<br>     Fla. Bar No. 0146595 |

**BOYD RICHARDS PARKER & COLONNELLI, P.L.**
Counsel for Defendant
100 Southeast 2nd Street, Suite 2600
Miami, FL  33131
(786) 425-1045
mmallory@boydlawgroup.com


By:  ___/s/ Mayda Z. Mallory_____
        MAYDA Z. MALLORY
        Fla. Bar No. 1010798