UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-80922-CIV-SINGHAL

NELSON FERNANDEZ,

    Plaintiff,

v.

CAMPERO USA CORP.,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal with Prejudice filed by the parties. (DE [24]). The Court having reviewed the Stipulation for Dismissal and the docket, it is hereby

**ORDERED AND ADJUDGED** that all claims of Plaintiff are **DISMISSED WITH PREJUDICE,** with each party to bear its own attorneys' fees and costs, except as otherwise agreed in writing by the parties. The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 18th day of December 2025.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF